Stuart Dunwoody (WSBA #13948) (*pro hac vice* pending)
Ben Byer (WSBA #38206) (*pro hac vice* pending)
Xiang Li (CA SBN 291587)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington, 94111-6533
Telephone:    206.622.3150
Facsimile:     206.757.7700
stuartdunwoody@dwt.com
xiangli@dwt.com

Sanjay Nangia (CA SBN 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:    415.276.6500
Facsimile:     415.276.6599
sanjaynangia@dwt.com

Attorneys for Defendant
INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PRIMUS GROUP, INC., | Case No. 18-cv-00005-WHO |
|---|---|
| Plaintiff, | **DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| INSTITUTE FOR ENVIRONMENTAL HEALTH, INC., | |
| Defendant. | |

DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 18-cv-00005-WHO
4819-8392-5339v.1 0066090-000062

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Institute for Environmental Health, Inc. ("IEH") states that it is a privately held corporation with no parent corporation or publicly held corporation owning 10% or more of IEH's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Mansour Samadpour (IEH shareholder);
2. Dalia Alfi (IEH shareholder); and
3. Ariana Samadpour (IEH shareholder).

Dated this 1st day of February, 2018.

*/s/ Sanjay Nangia*
Sanjay Nangia

Stuart Dunwoody (WSBA # 13948) (*pro hac vice* pending)
Ben Byer (WSBA # 38206) (*pro hac vice* pending)
Xiang Li (CA SBN 291587)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington, 98101-3045
Telephone:   206.622.3150
Fax:   206.757.7700

Sanjay Nangia (CA SBN 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone:   415.276.6500
Fax:   415.276.6599

Attorneys for Defendant,
INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.

1
DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No. 18-cv-00005-WHO
4819-8392-5339v.1 0066090-000062