LARIVIERE, GRUBMAN PC
Scott J. Allen (Bar No. 178925)
Email: sjallenlaw@gmail.com
Christopher R. McElwain (Bar No. 289132)
Email: chris@knowmad.law
200 Sky Park Rd.
Monterey, CA  93942-3140
Telephone: (831) 649-8800
Facsimile:  (831) 649-8835

Attorneys for Plaintiff,
PRIMUS GROUP, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMUS GROUP, INC.,<br><br>          Plaintiff,<br>vs.<br><br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br><br>          Defendant.<br><br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br><br>          Counterclaimant,<br>vs.<br><br>PRIMUS GROUP, INC.,<br><br>          Counter-defendant. | Case No. 5:18-cv-00005-WHO<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>Judge:         Hon. William Orrick<br>Complaint Filed: January 22, 2015<br>Trial Date:      None set |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Robert Stovicek and Margaret Stovicek, Trustees | Shareholder |
| Robert Stovicek | Director |
| Malgorzata Aleksander Myers, Trustee | Shareholder, Director |
| Brian Mansfield, Trustee | Shareholder, Director |
| Patrick W. Sheehy and Katherine Sheehy, Trustees | Shareholder |
| Bonnie Sheehy | Shareholder |
| Chad Smith, Trustee | Shareholder, Director |
| Joseph Jorge | Shareholder |
| Kudu, Inc. | Shareholder |
| John Manfre, Trustee | Shareholder |
| Robert Witt | Shareholder |
| John Valeriano and Teresita Valeriano, Trustees | Shareholder |
| Janice K. Jones | Shareholder |
| Clint Sanvictores | Shareholder |
| Edward Zarate and Stephanie Zarate, Trustees | Shareholder |
| Robert Patrick Ferini and Jeri Ferini, Trustees | Shareholder |
| PENSCO Trust Company, FBO R. Michael Manfre | Shareholder |
| PENSCO Trust Company, FBO of Patrick Sheehy | Shareholder |
| Michel Payne | Director |
| Eric Schwefler | Director |

|   |   |
|---|---|
|   | LaRIVIERE, GRUBMAN, P.C. |
| Dated: March 15, 2018 | By: /s/Scott J. Allen_____ |
|   | Christopher R. McElwain |
|   | Scott J. Allen |
|   | LaRiviere, Grubman P.C. |
|   |   |
|   | Attorneys for Declaratory Plaintiff |
|   | PRIMUS GROUP, INC. |