**LARIVIERE, GRUBMAN PC**
Scott J. Allen (SBN 178925)
sjallenlaw@gmail.com
Christopher R. McElwain (SBN 289132)
chris@knowmad.law
200 Sky Park Road
Monterey, CA 93942-3140
Telephone: 831-649-8800
Facsimile: 831-649-8835

**JRG ATTORNEYS AT LAW**
David W. Balch (SBN 226519)
david@jrgattorneys.com
318 Cayuga Street
Salinas, CA 93901
Telephone: 831-754-2444
Facsimile: 831-269-7089

Attorneys for Plaintiff
PRIMUS GROUP, INC.

**DAVIS WRIGHT TREMAINE LLP**
Stuart R. Dunwoody (WSBA #13948)
(*pro hac vice*)
stuartdunwoody@dwt.com
Benjamin J. Byer (WSBA #38206) (*pro hac vice*)
benbyer@dwt.com
Xiang Li (SBN 291587)
xiangli@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington, 98104-1610
Telephone: 206-622-3150
Facsimile: 206-757-7700

**DAVIS WRIGHT TREMAINE LLP**
Sanjay Nangia (SBN 264986)
sanjaynangia@dwt.com
505 Montgomery Street, Suite 800
San Francisco, California 94111-6533
Telephone: 415-276-6500
Facsimile: 415-276-6599

Attorneys for Defendant
INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMUS GROUP, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br><br>        Defendant. | Case No. 3:18-cv-00005-WHO<br><br>Judge:      Hon. William H. Orrick<br><br>Trial Date:  November 4, 2019<br><br>**STIPULATION AND AMENDMENT TO PATENT LOCAL RULE 2-2 INTERIM MODEL PROTECTIVE ORDER** |

DAVIS WRIGHT TREMAINE LLP

Pursuant to Patent Local Rule 2-2, the parties have been operating under the Patent Local Rule 2-2 Interim Model Protective Order ("Interim Protective Order"). The Parties seek to continue operating under the Interim Protective Order, with the following change:

Paragraph 7.4(a)(1) of the Interim Protective Order is amended to add the following sentence: "Notwithstanding the above, Designated House Counsel shall not access any information or item that has been designated 'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY' and that the Producing Party has further designated as 'OUTSIDE COUNSEL ONLY' by affixing the legend 'OUTSIDE COUNSEL ONLY' to the information or item, or by identifying testimony as 'OUTSIDE COUNSEL ONLY.'"

IT IS SO STIPULATED.

Dated: February 21, 2019

**LARIVIERE, GRUBMAN PC**

By:/s/ Scott J. Allen
  Scott J. Allen
  Christopher R. McElwain
  David W. Balch

*Attorneys for Plaintiff Primus Group, Inc.*

Dated: February 21, 2019

**DAVIS WRIGHT TREMAINE LLP**

By:/s/ Benjamin J. Byer
  Stuart R. Dunwoody
  Benjamin J. Byer
  Xiang Li
  Sanjay Nangia

*Attorneys for Defendant Institute for Environmental Health, Inc.*

## <u>ORDER</u>

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _March 13, 2019_    _____
         HONORABLE WILLIAM H. ORRICK
         UNITED STATES DISTRICT JUDGE

1

<u>ATTESTATION OF FILER</u>

2   The undersigned hereby attests that concurrence in the filing of the attached document

3 has been obtained from each of the other Signatories.

4   Dated this 21st day of February, 2019.

5

6           */s/ Benjamin J. Byer*
            Benjamin J. Byer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND AMENDMENT TO PROTECTIVE ORDER
Case No. 18-cv-00005-WHO
4820-5835-3288v.3 0066090-000062