| | |
|---|---|
| **LARIVIERE, GRUBMAN PC**<br>Scott J. Allen (SBN 178925)<br>sjallenlaw@gmail.com<br>Christopher R. McElwain (SBN 289132)<br>chris@knowmad.law<br>200 Sky Park Road<br>Monterey, CA 93942-3140<br>Telephone: 831-649-8800<br>Facsimile: 831-649-8835<br><br>**JRG ATTORNEYS AT LAW**<br>David W. Balch (SBN 226519)<br>david@jrgattorneys.com<br>318 Cayuga Street<br>Salinas, CA 93901<br>Telephone: 831-754-2444<br>Facsimile: 831-269-7089<br><br>Attorneys for Plaintiff<br>PRIMUS GROUP, INC. | **DAVIS WRIGHT TREMAINE LLP**<br>Stuart R. Dunwoody (WSBA #13948)<br>(*pro hac vice*)<br>stuartdunwoody@dwt.com<br>Benjamin J. Byer (WSBA #38206) (*pro hac vice*)<br>benbyer@dwt.com<br>Xiang Li (SBN 291587)<br>xiangli@dwt.com<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington, 98101-3045<br>Telephone: 206-622-3150<br>Facsimile: 206-757-7700<br><br>**DAVIS WRIGHT TREMAINE LLP**<br>Sanjay Nangia (SBN 264986)<br>sanjaynangia@dwt.com<br>505 Montgomery Street, Suite 800<br>San Francisco, California 94111-6533<br>Telephone: 415-276-6500<br>Facsimile: 415-276-6599<br><br>Attorneys for Defendant<br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMUS GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br><br>　　　　　Defendant. | Case No. 3:18-cv-00005-WHO<br><br>Judge:　　　Hon. William H. Orrick<br><br>Trial Date:　November 4, 2019<br><br>**STIPULATION AND ORDER AMENDING CASE MANAGEMENT SCHEDULING ORDER** |

DAVIS WRIGHT TREMAINE LLP

Pursuant to Civil Local Rules 6-2(a) and 7-12, and Fed. R. Civ. P. 16(b)(4), the parties, through their respective counsel of record, submit the following stipulation and proposed order:

1.   On March 4, 2019, IEH served Primus a notice of 30(b)(6) deposition of Primus on March 26, 2019.  Due to prior commitments, Primus's lead counsel is not available to attend the deposition until the following week, the week of April 1, 2019.  The parties has thus agreed to move the deposition date to April 3 and 4.

2.   The case schedule sets opening expert disclosures due April 5.

3.   To avoid the need to supplement opening expert disclosures following the 30(b)(6) deposition, the parties have agreed to move the opening disclosures deadline one week, to April 12, and to move the deadline for rebuttal expert witnesses disclosures a corresponding one week, from May 10 to May 17

4.   The parties' sole previous requests for adjustment to the case deadlines responded to the October 24, 2018, change in the *Markman* hearing date.  See Dkt. 47 at ¶ 2.

The parties have conferred and agree and stipulate, subject to the Court's approval, to the following adjustments to the case schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Last day to designate expert witnesses (FRCP 26(a)(2)(A)-(C)) | April 5, 2019 | April 12, 2019 |
| Last day to designate rebuttal expert witnesses (FRCP 26(a)(2)(D)(ii)) | May 10, 2019 | May 17, 2019 |
| Close of fact and expert discovery | June 7, 2019 | No Change |
| Deadline for filing dispositive motions | June 5, 2019 | No Change |
| Deadline for opposition briefs | June 19, 2019 | No Change |
| Deadline for reply briefs | June 26, 2019 | No Change |
| Last day to hear dispositive motions | July 10, 2019 | No Change |
| Final pretrial conference | October 7, 2019 | No Change |
| Trial | November 4, 2019 | No Change |

IT IS SO STIPULATED.

1
STIPULATION AND ORDER AMENDING CASE SCHEDULE
Case No. 18-cv-00005-WHO
4852-7002-9690v.1 0066090-000062

Dated: March 22, 2019					**LARIVIERE, GRUBMAN PC**

By:*/s/ Scott J. Allen*
   Scott J. Allen
   Christopher R. McElwain
   David W. Balch

*Attorneys for Plaintiff Primus Group, Inc.*

Dated: March 22, 2019					**DAVIS WRIGHT TREMAINE LLP**

By:*/s/ Benjamin J. Byer*
   Stuart R. Dunwoody
   Benjamin J. Byer
   Xiang Li
   Sanjay Nangia

*Attorneys for Defendant Institute for Environmental Health, Inc.*

### **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 25, 2019
_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

## ATTESTATION OF FILER

The undersigned hereby attests that concurrence in the filing of the attached document has been obtained from each of the other Signatories.

Dated this 22nd day of March, 2019.

*/s/ Benjamin J. Byer*
Benjamin J. Byer