UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMUS GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-00005-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 105 |

　　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 20, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　United States District Judge